**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

CLABER VELASQUEZ, individually and on behalf of others similarly situated,

Plaintiff,

25 **CIVIL** 08542 (LJL)

-against-

**DEFAULT JUDGMENT**

HEAVENLY FINEST DELI INC. (D/B/A HEAVENLY FINEST DELI), and YOUSEF MEFLEH,

Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Memorandum and Order dated July 1, 2026, judgment entered in favor of Plaintiff awarding damages as follows: $1,451.82 in back wages under the NYLL, with 9% prejudgment interest accruing from August 19, 2025 amounting to $114.91 in total prejudgment interest; $1,451.82 in liquidated damages; $1200 for Defendants' violation of NYLL § 195(1), and $5,000 for Defendants' violation of NYLL § 195(3); and Post-judgment interest pursuant to 28 U.S.C. § 1961. If any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after the expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent. NYLL § 198(4), and the case is closed.

**DATED**: New York, New York

July 6, 2026

**TAMMI M. HELLWIG**

______________________

**Clerk of Court**

**BY:** ______________________

**Deputy Clerk**